**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 21, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00280-CR

**ORLANDO MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17-CR-2251**

## MEMORANDUM OPINION

Appellant Orlando Martinez and his attorney have signed and filed a written amended motion to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2(a). Because this court has not delivered an opinion, we grant appellant's motion.

Accordingly, we dismiss the appeal. We direct the clerk of the court to issue mandate immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.

Do Not Publish – Tex. R. App. P. 47.2(b)